UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>    Plaintiff,<br><br>  v.<br><br>H. WILLIAMS; et al.,<br><br>    Defendants.<br>_____/ | No. C 14-1245 SI (pr)<br><br>**ORDER** |

Plaintiff has sent a request for a copy of his "complaint" and for an order "for access to the law library for copies in this matter for service." The request is DENIED. Docket # 34. The clerk quite recently sent plaintiff the summonses, a copy of the second amended complaint, and a copy of the order for service and partial dismissal, and will not send multiple free copies. Plaintiff should make arrangements at his prison to obtain the copies he desires of the documents. Alternatively, he can pay for photocopies of the documents from the court. (A copy of the photocopy order form will be sent to him.) The court also will not order prison officials to grant plaintiff access to the law library to make photocopies. Plaintiff has not shown that prisoners are allowed to make their own photocopies in the library, or that officials require a prisoner to be physically in the law library to request and obtain photocopies.

IT IS SO ORDERED.

Dated: March 9, 2015

_____
SUSAN ILLSTON
United States District Judge