1

2

3

4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7   JIMMIE EARL STEPHEN,                   Case No.  14-cv-01245-SI

          Plaintiff,

8
          v.                              **JUDGMENT**
9

10  ALVAREZ, et al.,

          Defendants.

11

12

13        Defendants' motion for summary judgment having been granted, this action is now

14  dismissed without prejudice.

15

16        **IT IS SO ORDERED ADJUDGED**.

17

18  Dated:   June 7, 2016

19                                         _____

20                                         SUSAN ILLSTON
                                           United States District Judge
21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*